FREEMAN v. BLUE CROSS AND BLUE SHIELD
OF NORTH CAROLINA

No. 357P96

Case below: 122 N.C. App. 260

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.

HINSON v. UNITED FINANCIAL SERVICES

No. 408P96

Case below: 123 N.C. App. 469

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.

IN RE FORECLOSURE OF C AND M INVESTMENTS

No. 366PA96

Case below: 123 N.C. App. 52

Petition by petitioner (Walker Heirs, Inc.) for discretionary review pursuant to G.S. 7A-31 allowed 10 October 1996.

IN RE NORRIS

No. 186P96

Case below: 122 N.C. App. 194

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.

IN RE YOUNG

No. 174A96

Case below: 122 N.C. App. 163

Petition by respondent (Dawn Christina Hayward) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 10 October 1996.